**Charlene MILLER, Petitioner/Respondent,**

v.

**Danny MILLER, Respondent/Appellant.**

**No. ED 78754.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 26, 2002.

Daniel J. Briegel, Union, MO, for appellant.

Susan M. Hais, Philip E. Adams, Clayton, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

## ORDER

PER CURIAM.

Husband, Danny Miller, appeals from the decree of dissolution of his marriage to wife, Charlene Miller, challenging the amount of child support the court ordered him to pay.

We have reviewed the record on appeal and find that the judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. The judgment is affirmed. Rule 84.16(b).